No. 1212.   CHAHOC ET AL. *v.* HUNT SHIPYARD, A DIVISION OF HUNT TOOL CO., ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1224.   DANIELL *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6089.   GROHMAN *v.* MARYLAND.   Ct. App. Md. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6538.   AIKEN *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1147.   WEISSMAN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 1164.   YAHR ET AL. *v.* RESOR, SECRETARY OF THE ARMY, ET AL.   C. A. 4th Cir.   Certiorari denied.   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 1171.   LOS ANGELES FREE PRESS, INC. *v.* CITY OF LOS ANGELES ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.